**Dismissed and Memorandum Opinion filed September 20, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00261-CV

## IN RE RONALD WHITFIELD

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-22882**

## M E M O R A N D U M   O P I N I O N

This is an appeal from various orders signed by the trial court below as well as a final judgment signed March 28, 2016. The original notice of appeal was filed March 28, 2016. An amended notice of appeal was filed April 6, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On July 28, 2016, this court ordered appellant to pay the appellate filing fee on or before August 12, 2016, or the appeal would be dismissed. Appellant has not

paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.